STATE of Missouri, Respondent,

v.

**David E. GROSS, Appellant.**

**No. WD 70967.**

Missouri Court of Appeals, Western District.

Dec. 15, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 2010.

David A. Baird, for Respondent.

Bruce B. Brown, for Appellant.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and CINDY MARTIN, Judge.

## *ORDER*

PER CURIAM:

David Gross appeals the judgment of the trial court making a bond forfeiture absolute and denying his Rule 74.06 motion to set aside. He claims that (1) prosecutor did not file a writ of scire facias or a motion for bond forfeiture, and (2) he did not receive notice of the hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).